# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **DANNY GILLESPIE** | ) | CASE NO. 1: 07 CV 1562 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| **K & D INDUSTRIAL SERVICES, INC.,** | ) | **STIPULATED DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |

NOW COMES the parties, Plaintiff Danny Gillespie and Defendant K & D Industrial Services, Inc., by and through counsel, and hereby give notice pursuant to Federal Civil Rule 41(a)(1) that Plaintiff voluntary dismisses all claims against Defendant <u>with prejudice</u>, each party to bear its own costs.

Respectfully submitted,

**BERGER & ZAVESKY CO., L.P.A.**      **ZASHIN & RICH CO., L.P.A.**

/s/s *Douglas L. Winston*     /s/s *Lois A. Gruhin* per consent
**Douglas L. Winston - #0034695**     **Lois A. Gruhin - #0012672**
1425 Rockefeller Building     55 Public Square
614 West Superior Avenue, N.W.     4th Floor
Cleveland, Ohio 44113     Cleveland, Ohio 44113
T: (216) 830-9000     T: (216) 696-4441
F: (216) 830-4200     F: (216) 696-1618

**LAW OFFICE OF LESLIE K. WAGNER**     Attorney for Defendant

/s/s *Leslie K. Wagner* per consent
Leslie K. Wagner, Jr. - #0009940
Richland Bank Building, Suite 403
3 North Main Street
Mansfield, Ohio 44902     s/Christopher A. Boyko
T: (419) 524-3334       United States District Judge
F: (419) 524-4821

                                           November 29, 2007

Attorneys for Plaintiff